

TR 116954

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

July 07, 1999

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,246,960* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 25, 1999*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*



By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**H. L. JACKSON**
Certifying Officer

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,246,960
Registered May 25, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## PARTNERS MORTGAGE

SANTA CLARA PARTNERS MORTGAGE CORP. (CALIFORNIA CORPORATION)
1479 SARATOGA AVENUE
SAN JOSE, CA 95129

FOR: MORTGAGE BANKING, MORTGAGE BROKERAGE, AND MORTGAGE LENDING; MAINTAINING MORTGAGE ESCROW ACCOUNTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-1988; IN COMMERCE 10-1-1988.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MORTGAGE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-196,685, FILED 11-12-1996.

ANDREW BENZMILLER, EXAMINING ATTORNEY

