# United States District Court

DISTRICT OF **Massachusetts**

SANTA CLARA PARTNERS MORTGAGE CORPORATION

v.

PARTNERS MORTGAGE, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-123

FILED IN CLERKS OFFICE
2004 NOV 18 A 12:10
U.S. DISTRICT COURT
DISTRICT OF MASS.
ORIGINAL

TO: (Name and Address of Defendant)

Partners Mortgage, Inc.
130 Trapelo Road
Belmont, MA  02478

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas C. O'Konski, Esq. (BBO #378265)
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK _(signature)_



NOV 08 2004

DATE

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  NOVEMBER 9, 2004 |
| NAME OF SERVER  LOU PUTNEY | TITLE  CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING IN HAND TO MS. BRENDA JOHNSTON, PERSON IN CHARGE OF ACCEPTING PROCESS FOR THE WITHIN NAMED DEFENDANT PARTNERS MORTGAGE, INC. - SAID SERVICE WAS MADE AT PARTNERS MORTGAGE, INC. 130 TRAPELO ROAD, BELMONT, MASS.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $30.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  NOV. 9, 2004            *Lou Putney*
               Date                   Signature of Server

707 E. 6th STREET, SOUTH BOSTON, MASS.
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.