UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE CORPORATION,
   Plaintiff

V.                                      CIVIL ACTION
                                        NO. 04-12363-JLT

PARTNERS MORTGAGE, INC.,
   Defendant

## NOTICE OF APPEARANCE

Now comes the undersigned and enters his appearance for the defendant, Partners Mortgage, Inc.

_____
William D. Gardiner
BBO #545259
Brodigan And Gardiner
40 Broad Street
Boston, MA  02109
617-542-1871

DATED: November 29, 2004