UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE CORPORATION,
    Plaintiff

V.
                                                         CIVIL ACTION
                                                         NO. 04-12363-JLT

PARTNERS MORTGAGE, INC.,
    Defendant

## DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME TO FILE ANSWER

Now comes the defendant, Partners Mortgage, Inc. and requests that the Court extend the time for the defendant to answer the plaintiff's complaint to December 3, 2004. As grounds thereof, defendant states that has contacted counsel for the plaintiff to attempt to resolve this dispute but additional time is needed to see if this can be accomplished. Counsel for the plaintiff has assented to this extension request.

                                              Defendant, Partners Mortgage, Inc.
                                              By its attorney,

                                              William D. Gardiner
                                              BBO #545259
                                              Brodigan And Gardiner
                                              40 Broad Street
                                              Boston, MA  02109
                                              617-542-1871

DATED: November 29, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____