UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE
CORPORATION, a California corporation,
       Plaintiff

v.                                        Civil Action No 04 12363 JLT

PARTNERS MORTGAGE, INC., a
Massahusetts corporation

       Defendant.
* * * * * * * * * * * * * * * *

### ANSWER OF PARTNERS MORTGAGE, INC.

1. Defendant neither admits nor denies this paragraph in that it does not make any assertion of fact. To the extent that it alleges cause of action against the defendant, it is denied.

2. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

3. Admit.

4. Admit.

5. Admit.

6. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

7. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

8. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

9. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

10. The defendant admits that it is a real estate mortgage broker licensed in the Commonwealth of Massachusetts.

11. The defendant admits that it does business as Partners Mortgage, Inc. in the State of Massachusetts but denies the remaining allegations of this paragraph.

12. Admit.

13. The defendant admits that it received a letter from the defendant but states that said letter speaks for itself.

14. Denied.

15. Denied.

## COUNT I

16. The defendant realleges paragraphs 1 through 15 above and incorporates them by reference herein.

17. Denied.

18. Denied.

19. Denied.

20. The defendant admits demand but denies the remaining allegations of this paragraph.

21. The defendant admits demand but denies the remaining allegations of this paragraph.

22. Denied.

23. Denied.

24. Denied.

3

## COUNT II

25. The defendant realleges paragraphs 1 through 24 above and incorporates them by reference herein.

26. The defendant admits that it does business under its registered corporate name Partners Mortgage, Inc. but denies the remaining allegations of this paragraph.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

## COUNT III

33. The defendant realleges paragraphs 1 through 32 above and incorporates them by reference herein.

34. Denied.

35. The defendant admits that it does business in Massachusetts but denies the remaining allegations of this paragraph.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

## COUNT IV

41. The defendant realleges paragraphs 1 through 40 above and incorporates them by reference herein.

42. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

43. The defendant is without sufficient knowledge to either admit or deny this paragraph and calls upon the plaintiff to prove the same.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

## AFFIRMATIVE DEFENSES

And further answering, the defendant says that the plaintiff is not entitled to recover because of the doctrine of laches.

And further answering, the defendant says that if there is a contract as alleged by the plaintiff, which the defendant expressly denies, the plaintiff by its acts and conduct is estopped to assert that defendant now has any obligation to the plaintiff.

The plaintiff has acquiesced to defendant's use of the marks at issue.

The plaintiff has abandoned and/or never exercised any of its trade mark rights in Massachusetts.

The plaintiff cannot recover under M.G.L. c. 93A as it does not transact business within the Commonwealth of Massachusetts nor has it done so in the past.

WHEREFORE, Defendant requests that the complaint be dismissed with prejudice and that it be awarded its attorney fees and costs, as well as such other relief that the Court deems just and proper.

**DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted,

/s/ William D. Gardiner
William D. Gardiner
Brodigan and Gardiner
40 Broad Street, Suite 220
Boston, MA 02109
(617) 542-1871
B.B.O. #545259

Dated: 12/2/04

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on [date].