UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS MORTGAGE, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 04 12363 JLT |

**ASSENTED-TO MOTION TO ADMIT PAUL D. MAROTTA PRO HAC VICE AS COUNSEL FOR PLAINTIFF**

Pursuant to Rule 83.5.3 of the Local Rules of Civil Procedure for the United States District Court for the District of Massachusetts, the Plaintiff, SANTA CLARA PARTNERS MORTGAGE CORP., by and through its counsel, Thomas C. O'Konski, Cesari & McKenna, LLP, Boston, Massachusetts, moves for leave to admit Paul D. Marotta of The Corporate Law Group to practice in this court in the above-referenced action. Attached hereto is Mr. Marotta's certificate, in which he certifies that (1) he is a member in good standing in every jurisdiction in which he has been admitted to practice, (2) there are no disciplinary proceedings against him as a member of the bar in any jurisdiction, and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel and SANTA CLARA PARTNERS MORTGAGE, CORP. move for admission of Attorney Paul D. Marotta of The Corporate Law Group to practice in this court in the above-referenced action.

<u>CERTIFICATION PURSANT TO L.R. 7.1</u>

Pursuant to Local Rule 7.1, I hereby certify that I conferred with counsel for Defendant Partners Mortgage, Inc., and that Defendant Partners Mortgage, Inc. assents to this motion.

SANTA CLARA PARTNERS MORTGAGE, CORP.

By its Attorneys,

_____
Thomas C. O'Konski (BBO# 378265)
Kevin Gannon (BBO# 640931)
Cesari & McKenna, LLP
88 Black Falcon Ave.,
Boston, Massachusetts 02210
(617) 951-2500

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by fax and first class mail on December 16, 2004.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE, INC., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04 12363 JLT |
| PARTNERS MORTGAGE, INC., | ) |
| Defendant. | ) |

### CERTIFICATE OF PAUL DAVID MAROTTA FOR PRO HAC VICE ADMISSION PURSUANT TO LOCAL RULE 83.5.3

I, Paul D. Marotta, Esq., declare and state:

1. I am a member of the bars of the State of California, the United States District Court for the Northern District of California, and the Ninth Circuit United States Court of Appeals. I was admitted to the bar of the State of California and the Northern District Court in 1983, and the Court of Appeals in 1986. I am a member in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My office address is 500 Airport Blvd. Suite 120, Burlingame, CA 94010. My office telephone number is (650) 227-8000.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF DECEMBER, 2004.

_____
Paul D. Marotta