UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE, INC., )
)
Plaintiff, )
)
v. ) CIVIL NO. 04 12363 JLT
)
PARTNERS MORTGAGE, INC., )
)
Defendant. )

## CERTIFICATE OF CHRISTOPHER D. DENNY FOR PRO HAC VICE ADMISSION PURSUANT TO LOCAL RULE 83.5.3

I, Christopher D. Denny, declare and state:

1. I am a member of the bars of the State of California, the United States District Court for the Northern and Southern Districts of California, and the Ninth Circuit United States Court of Appeals. I was admitted to the bar of the State of California and the Southern District Court in 1994, and the Northern District Court and Court of Appeals in 1997. I am a member in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My office address is 500 Airport Blvd. Suite 120, Burlingame, CA 94010. My office telephone number is (650) 227-8000.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF DECEMBER, 2004.

_____
Christopher D. Denny