UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS MORTGAGE, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 04 12363 JLT |

**ASSENTED-TO MOTION TO ADMIT CHRISTOPHER D. DENNY PRO HAC VICE AS COUNSEL FOR PLAINTIFF**

Pursuant to Rule 83.5.3 of the Local Rules of Civil Procedure for the United States District Court for the District of Massachusetts, the Plaintiff, SANTA CLARA PARTNERS MORTGAGE CORP., by and through its counsel, Thomas C. O'Konski, Cesari & McKenna, LLP, Boston, Massachusetts, moves for leave to admit Christopher D. Denny of The Corporate Law Group to practice in this court in the above-referenced action. Attached hereto is Mr. Marotta's certificate, in which he certifies that (1) he is a member in good standing in every jurisdiction in which he has been admitted to practice, (2) there are no disciplinary proceedings against him as a member of the bar in any jurisdiction, and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned counsel and SANTA CLARA PARTNERS MORTGAGE, CORP. move for admission of Attorney Christopher D. Denny of The Corporate Law Group to practice in this court in the above-referenced action.

### CERTIFICATION PURSANT TO L.R. 7.1

Pursuant to Local Rule 7.1, I hereby certify that I conferred with counsel for Defendant Partners Mortgage, Inc., and that Defendant Partners Mortgage, Inc. assents to this motion.

SANTA CLARA PARTNERS MORTGAGE, CORP.

By its Attorneys,

_____
Thomas C. O'Konski (BBO# 378265)
Kevin Gannon (BBO# 640931)
Cesari & McKenna, LLP
88 Black Falcon Ave.,
Boston, Massachusetts 02210
(617) 951-2500

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by first class mail on December 21, 2004.

_____