UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 04 12363 JLT |
| PARTNERS MORTGAGE, INC., | ) ) ) |
| Defendant. | ) ) ) |

### PLAINTIFF'S CERTIFICATION UNDER LOCAL RULE 16.1(d)(3)

Plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION hereby certifies that, in compliance with Local Rule 16.1(b)(3), it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, for this litigation, and (b) to consider the resolution of this litigation through the use of ADR as outlined in Local Rule 16.4.

SANTA CLARA PARTNERS MORTGAGE CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931

- 2 -

Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

_____
DAN TRINIDAD, President
2271 Lava Ridge Ct.
Roseville, California 95661