UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPOARATION, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 04 12363 JLT ) |
| PARTNERS MORTGAGE, INC., | ) ) ) |
| Defendant. | ) ) |

Pursuant to Federal Rules of Civil Procedure 16(b) and 26(f), and this Court's Notice of Scheduling Conference, dated December 9, 2004, a meeting was held between counsel for plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION and counsel for defendant PARTNERS MORTGAGE, INC. by telephone on December 17, 2004. The parties hereby report on that meeting and jointly propose the following discovery plan and schedule for this case.

A.   AGENDA FOR SCHEDULING CONFERENCE:

   1.   Matters to be discussed at the conference:

a) Motion to enjoin defendant from using plaintiff's registered service mark; b) dispositive motions and timing, c) ADR, and d) damages.

   2.   Pretrial Schedule and Discovery Plan:

The parties hereby propose the following schedule for this case.

| Item | Deadline |
|---|---|
| Filing motion to enjoin defendant from using plaintiff's service mark | April 1, 2005 |
| Close of Fact Discovery | July 1, 2005 |
| Designation of experts and serving expert reports on any issue as to which the party | June 1, 2005 |

| Item | Deadline |
|---|---|
| bears the burden of proof | |
| Close of Expert Discovery | August 1, 2005 |
| Filing Dispositive Motions | September 2, 2005 |
| Pretrial Conference | November 7, 2005 |
| Trial | January 9, 2006 |

3. <u>Trial Before Magistrate Judge</u>:

The parties do not assent to a trial before a Magistrate Judge.

B.   <u>SETTLEMENT PROPOSAL</u>:

Plaintiff presented a written settlement proposal to defendant on December 16, 2004.

C.   <u>JOINT STATEMENT</u>:

1.   The parties agree there will be no exceptions to the limitations on discovery set forth in the Federal Rules.

2.   The parties do not agree to conduct phased discovery.

3.   The proposed motion schedule is listed above.

4.   Plaintiff seeks to depose the President of defendant, Ronald Gardiner, and the 30(b)(6) designate of defendant. Defendant seeks to depose Dan Trinidad, Tim Braheem, and the 30(b)(6) designate of plaintiff.

5.   The certifications required by Rule 16.1(D)(3) are attached or have been previously filed.

6.   The parties are agreeable to participate in a mediation or early settlement conference. However, plaintiff's representative agrees to participate telephonically for any mediation or settlement conference held in Boston, Massachusetts.

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,


_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927



PARTNERS MORTGAGE, INC.

By Its Attorneys,

_____
WILLIAM D. GARDINER, BBO 545259
Brodigan and Gardiner
40 Broad Street, Suite 220
Boston, MA 02109
Telephone: (617) 542-1871


CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand on 12/29/04
William D. Gardiner

- 3 -

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927


PARTNERS MORTGAGE, INC.

By Its Attorneys,


_____
WILLIAM D. GARDINER, BBO 545259
Brodigan and Gardiner
40 Broad Street, Suite 220
Boston, MA 02109
Telephone: (617) 542-1871