UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, | * * | |
| Plaintiff, | * | |
| | * | Civil Action No. 04-12363-JLT |
| v. | * | |
| | * | |
| PARTNERS MORTGAGE, INC., | * | |
| Defendant. | * | |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. All discovery is stayed for two (2) weeks to allow the Parties to explore the settlement options discussed in open court;

2. The Parties shall file a status report with this court by January 19, 2005;

3. Plaintiff may depose Ronald Gardiner, Tim Braheem, and a Fed. R. Civ. P. 30(b)(6) designee of Defendant;

4. Defendant may depose Dan Trinidad, Tim Braheem, and a Fed. R. Civ. P. 30(b)(6) designee of Plaintiff;

5. The Parties shall complete all discovery by April 29, 2005;

6. No additional discovery will be permitted without leave of this court; and

7. A Further Conference is scheduled for May 9, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge