**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 19 P 2: 10
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 04 12363 JLT |
| PARTNERS MORTGAGE, INC., | ) |
| Defendant. | ) |

## STATUS REPORT

Plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION hereby reports that, in compliance the Court's order dated January 6, 2005, the parties have explored settlement options discussed in Court. The undersigned counsel for Plaintiff called defense counsel on January 13, 2005 and left a detailed voicemail message concerning settlement possibilities and options to resolve this dispute. To the date of this Report, Plaintiff has not heard back from defense counsel. Plaintiff believes additional time for settlement discussions among the parties may be worthwhile, and respectfully requests an additional two weeks without discovery to further discuss settlement options with defendant.

January 15, 2005

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120

Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on January 19, 2005.

William D. Gardiner, Esq.
Brodigan & Gardiner
40 Broad Street, Suite 220
Boston, MA  02109

_____

1