UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 21 P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | **CASE NO. 04 12363 JLT** |
| | ) | |
| PARTNERS MORTGAGE, INC., | ) ) | |
| Defendant. | ) ) ) | |

## STATUS REPORT

Plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION hereby reports that, in compliance with the Court's order dated January 6, 2005, the parties have explored the settlement options discussed in Court. The undersigned counsel for Plaintiff called defense counsel on January 13, 2005 and left a detailed voicemail message concerning settlement possibilities and options to resolve this dispute. Included in that message was a request that defendant drop the word "PARTNERS" in their mark, in part because, given the existence here of actual confusion, use of that word is unacceptable to plaintiff. That message was never returned.

On February 9, Plaintiff's co-counsel wrote an email to defense counsel asking for a response to the undersigned's voicemail message. Defense counsel responded that day with an email suggesting that defendant was researching possible alternate names and, if there was any inclination on defendant's part to drop the "PARNTERS" word, they would know by February 11, 2005. Since then, plaintiff has heard nothing more.

Plaintiff regrettably does not believe that any additional time for settlement discussions among the parties will be fruitful, and has commenced discovery including a request that Defendant produce to Plaintiff all relevant documents.

March 17, 2005

        SANTA CLARA PARTNERS MORTGAGE
        CORPORATION

        By Its Attorneys,


        _____

        PAUL DAVID MAROTTA, CSB #111812
        CHRISTOPHER D. DENNY, CSB #175338
        The Corporate Law Group
        500 Airport Blvd., Suite 120
        Burlingame, CA 94010
        Telephone: (650) 227-8000
        Fax: (650) 227-8001
        Admitted Pro Hac Vice

        THOMAS C. O'KONSKI, BBO #377475
        KEVIN GANNON, BBO #640931
        Cesari and McKenna, LLP
        88 Black Falcon Avenue
        Boston, MA 02210
        Telephone: (617) 951-2500
        Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by mail on March 21, 2005.

William D. Gardiner, Esq.
Brodigan & Gardiner
40 Broad Street, Suite 220
Boston, MA  02109