UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE CORPORATION,
    Plaintiff

V.

                                    CIVIL ACTION
                                    NO. 04-12363-JLT

PARTNERS MORTGAGE, INC.,
    Defendant

* * * * * * * * * * * * *

## RESPONSE OF THE DEFENDANT, PARTNERS MORTGAGE INC., TO STATUS REPORT FILED BY PLAINTIFF

The plaintiff Santa Clara Partners Mortgage Corporation filed a document entitled "Status Report" with the Court on March 21, 2005. In it the plaintiff asserts that the parties explored settlement options in compliance with Court's Order January 6, 2005. The defendant is compelled to submit this response to the Status Report as the plaintiff's version is not completely accurate.

The defendant submits to following:

1) At the scheduling conference on January 5, 2005, the parties discussed settlement option with the Court. Those options were that the defendant would change its corporate name to one that did not include both "Partners" and "Mortgage". The mark that the plaintiff seeks to protect is "Partners Mortgage".

2) The suggestion of the Court at the scheduling conference was that the parties consider agreeing upon a new name for the defendant that included the word "Partners". The defendant in open Court indicated that it would change its name to one that included the word "Partners" without the word "Mortgage".

3) The Court ordered the parties to discuss and hopefully agree upon a new "Partners" name for the defendant. The Court further ordered that if the plaintiff did not accept this option, that it was to provide to the Court the name of the individual

    who rejected the proposed settlement option. The plaintiff has not provided this information to the Court as ordered.

4) As stated in open Court, the defendant remains willing to change its corporate name to one that includes the word Partners. As previously stated in Court, the defendant would change its name to any of the following or any variation of the same:

    Partners Group, Inc.
    Partners Financial Services, Inc.
    Partners Finance, Inc.
    Partners Service Group, Inc.

   As indicated in its status report the plaintiff has rejected any settlement option that would include the word Partners in the defendant's new corporate name.

    Respectfully submitted,
    Partners Mortgage, Inc.
    By:

    _____
    William D. Gardiner
    Brodigan and Gardiner LLP
    40 Broad Street, Suite 220
    Boston, MA 02109
    (617) 542-1871
    B.B.O. #545259

Dated: 4/14/05

CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2005, I served the above response on the plaintiff in the above action by mailing a copy thereof, postage prepaid, to his (her) (its) counsel of record, Paul David Marotta, Esq., Christopher D. Denny, Esq., The Corporate Law Group, 500 Airport Blvd., Suite 120 Burlingame, CA 94010 and Thomas C. O'Konski, Esq., Kevin Gannon, Esq., Cesari and McKenna, LLP, 88 Black Falcon Avenue, Boston, MA 02210.

                                     /s/ William D. Gardiner
                                     William D. Gardiner