UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE          *
CORPORATION,                           *
        Plaintiff,                 *
                      *          Civil Action No. 04-12363-JLT
      v.                              *
                      *
PARTNERS MORTGAGE, INC.,               *
        Defendant.                  *

ORDER

May 9, 2005

TAURO, J.

       After the Further Conference held on May 9, 2005, this court hereby orders that:

    1.      If necessary, Plaintiff may continue its deposition of Ronald Gardiner;

    2.      Defendant may complete its deposition of Tim Braheem and its Fed. R. Civ. P.

        30(b)(6) deposition of Plaintiff;

    3.      Defendant may serve requests for admissions;

    4.      The Parties shall complete all discovery by July 29, 2005;

    5.      No additional discovery will be permitted without leave of this court; and

    6.      A Pretrial Conference is scheduled for August 16, 2005 at 10:15 a.m.

IT IS SO ORDERED.

                                    _/s/ Joseph L. Tauro_____
                                  United States District Judge