UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS MORTGAGE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 04 12363 JLT<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3) AND LOCAL RULE 16.5(C)

Plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION provides the following pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.5(c).

A. Name address and telephone number of each witness:

    1. Plaintiff expects to present the following witness:

        a. Dan Trinidad - 1687 Eureka Road, Suite 100, Roseville, CA 95661 (916) 782-9494.

    2. Plaintiff may call the following witness:

        a. Tim Braheem - 2625 Townsgate Road, Suite 320, Westlake Village, CA 91361 (877) 684-8665.

B. Testimony Expected to be Presented by Means of a Deposition:

None.

C. Documents Expected to be offered (Plaintiff has not identified documents which it may offer if the need arises):

    1. Plaintiff's U.S. Trademark Registration 2,246,960;
    2. Plaintiff's website pages showing use of the service mark;
    3. Defendant's website pages showing infringing use of plaintiff's federally registered service mark;

4. Letter dated May 5, 2004 from plaintiff's counsel to Ronald Gardiner;
5. Letter dated June 28, 2004 from plaintiff's counsel to defense counsel;
6. Letter dated August 24, 2004 from plaintiff's counsel to defense counsel;
7. Statement of change filed with the Massachusetts Secretary of the Commonwealth dated January 14, 2005;
8. Defendant's annual report filed with the Massachusetts Secretary of the Commonwealth dated March 12, 2005;
9. Defendant's Articles of Organization;
10. Letter of Consent dated August 12, 1998;
11. Defendant's Articles of Amendment dated December 1999;
12. Defendant's Articles of Amendment dated May 2001;
13. Defendant's Articles of Amendment dated August 2001;
14. Defendant's letterhead showing infringing use of plaintiff's federally registered service mark;
15. Defendant's business card showing infringing use of the service mark;
16. Defendant's facsimile cover sheet showing infringing use of the service mark;
17. Defendant's 2001 tax return;
18. Defendant's 2002 tax return;
19. Defendant's 2003 tax return;
20. Defendant's 2004 tax return;
21. Defendant's financial statements for 2002;
22. Defendant's financial statements for 2003 and 2004.

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true copy of plaintiff's pretrial disclosure to be served upon the attorney of record for each other party by first class mail on July 14, 2005.

                                                          _____
                                                          Christopher D. Denny