UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS MORTGAGE )
CORPORATION, )
)
)
Plaintiff, )
)
v. ) CASE NO. 04 12363 JLT
)
PARTNERS MORTGAGE, INC., )
)
Defendant. )
)

**PLAINTIFF'S OBJECTION TO DEFENDANT'S FAILURE TO SUBMIT PRETRIAL DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.5(c), the parties were to file and serve their pretrial disclosures no later than Monday, July 18, 2005. Plaintiff timely filed and served its pretrial disclosure. However, defendant has failed to serve its pretrial disclosure in violation Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.5(c).

Accordingly, pursuant Federal Rule of Civil Procedure 26(a)(3), plaintiff SANTA CLARA PARTNERS MORTGAGE CORPORATION objects to the introduction of any witnesses, exhibits, deposition transcripts, or evidence by defendant at the trial for this matter.

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #114812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

- 2 -

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of plaintiff's objection to defendants' failure to serve pretrial disclosure to be served upon the attorney of record for each other party by first class mail on July 26, 2005.

Christopher D. Denny