UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 AUG 12  P 1: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SANTA CLARA PARTNERS MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS MORTGAGE, INC.,<br><br>Defendant. | CASE NO. 04 12363 JLT |

**NOTICE OF SETTLEMENT AND REQUEST FOR STATUS CONFERENCE**

TO THE DISTRICT COURT AND TO ALL PARTIES AND THEIR ATTORNEYS HEREIN:

PLEASE TAKE NOTICE that a settlement has been reached in the above-entitled matter by and between all parties. The parties are in the process of finalizing a written settlement agreement. Once executed, the provisions of the agreement should be completed by December 2005. Plaintiff therefore requests that a status conference be set for January 2006.

SANTA CLARA PARTNERS MORTGAGE
CORPORATION

By Its Attorneys,

_____
PAUL DAVID MAROTTA, CSB #111812
CHRISTOPHER D. DENNY, CSB #175338
The Corporate Law Group
500 Airport Blvd., Suite 120
Burlingame, CA 94010
Telephone: (650) 227-8000
Fax: (650) 227-8001
Admitted Pro Hac Vice

THOMAS C. O'KONSKI, BBO #377475
KEVIN GANNON, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of plaintiff's notice of settlement and request for status conference to be served upon the attorney of record for each other party by first class mail on August 11, 2005.

_____
Christopher D. Denny