UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SANTA CLARA PARTNERS
MORTGAGE CORP.,
    Plaintiff,


      V                    CA 04-12363-JLT

PARTNERS MORTGAGE INC.,
    Defendant.


<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>TAURO, D.J.</u>

    The court having been advised on August 15,  2005 by counsel for the  parties that the above

action has been settled:     IT IS ORDERED that this action is hereby dismissed without

prejudice to reconsideration and possible re-opening if within <u>90</u> days of this order a motion

is filed which represents that the terms of the settlement agreement have not been performed

and there is good cause for the  non-performing party or parties to have failed to perform.




Zita Lovett


    <u>    /s/     </u>
Deputy Clerk

August 16, 2005